UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BYRON RATCLIFFE
         Plaintiff,

  v.                                       Case No.  2:21-cv-00074-JMS-MJD

JOHN PLASSE
         Defendant.

## NOTICE OF APPEAL

       The Defendant, John Plasse, by counsel, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment granting in part and denying in part the Defendant's motion for summary judgment on February 3, 2023.

                                   WILKINSON, GOELLER, MODESITT,
                                    WILKINSON & DRUMMY, LLP
                                333 Ohio Street
                                Terre Haute, Indiana  47807
                                DPFriedrich@wilkinsonlaw.com
                                (812)  232-4311 phone
                                (812)  235-5107 fax

                                By:  */s/ David P. Friedrich*
                                     David P. Friedrich, #15164-84

## CERTIFICATE OF SERVICE

       The undersigned, attorney for Defendant, John Plasse, certifies that a copy of the foregoing document was filed electronically and served via first class mail to the following:

Mr. Byron Ratcliffe
DOC #127237
Pendleton Correctional Industrial Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064

dated this 6th day of March, 2023.

                                     */s/ David P. Friedrich*
                                     David P. Friedrich, #15164-84